102-15

# ELECTRONIC RECORD

COA # 14-14-00867-CR

STYLE: Edward Roy Newsome v The State of Texas

COA DISPOSITION: Dismissed

DATE: December 09, 2014    Publish: No

OFFENSE: Unauthorized Use of a Vehicle

COUNTY: Harris

TRIAL COURT: 179th District Court

TC CASE #:441673

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Edward Roy Newsome v The State of Texas

CCA # _____

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ____03/18/2015____

JUDGE: ____Per Curiam____

CCA Disposition: ____102-15____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**